[No. 35424-8-I.   Division One.   October 23, 1995.]

WALTER WATSON, *Appellant*, v. CHARLES MAIER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-02872-2, Nile E. Aubrey, J., entered July 10, 1992. *Affirmed* by unpublished per curiam opinion.


[No. 35539-2-I.   Division One.   October 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JUNKEO VILAYVANH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-03547-1, Mary Wicks Brucker, J., entered October 20, 1994. *Affirmed* by unpublished per curiam opinion.


[Nos. 13351-6-III;   Division Three.   October 24, 1995.]
13360-5-III; 13596-9-III; 13608-6-III.

THE STATE OF WASHINGTON, *Respondent*, v. BRAD ALAN PLUMB, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, Nos. 91-1-01274-2, 91-1-01275-1, Robert H. Whaley, J., entered June 9 and October 6, 1993. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.


[No. 13014-2-III.   Division Three.   October 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK STANLEY DOBBS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-00983-3, Michael W. Leavitt, J., entered January 19, 1993. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.